UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                          CASE NO. 08-10008-GVL1
                                                CHAPTER 13
LANCE C. KENNEDY-PHILLIPS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: JORDAN SPEISMAN which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 394192 in the amount of 15.90 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
LANCE C. KENNEDY-PHILLIPS      JORDAN SPEISMAN
8065 LUCKSTONE DRIVE           2830 NW 41ST STREET SUITE H
DUBLIN, OH  43017              GAINESVILLE, FL 32606-6667

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
6/30/2010 10:17 am / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```